**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.187.248.120**

**ISP:** Comcast Cable
**Physical Location:** Millersville, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/09/2018 05:20:00 | 02AD002BAFF9F5B366FD490E21A89CFF6D960F15 | Fill Her Up |
| 10/16/2017 06:03:40 | 549AFD99EBA08F9306892BD75E8066FE0AAD3C0F | Piano Concerto |
| 10/16/2017 05:57:56 | 02C86CB51F68272CAEEC64317C144AA56D93A093 | Pure Gold |
| 10/09/2017 02:45:03 | 6B18BCB14EF3F713E7BF5673C441413BD623880E | Rub Me The Right Way Too |
| 09/10/2017 02:12:26 | 51D55C5CDB6AAE605834867ADBDA19864C677ECA | Summer Lovers |
| 05/01/2017 06:05:30 | 10E33D6D598BCFBC7378ABA8D69D47D361F89802 | An Erotic Encounter |
| 05/01/2017 02:43:32 | DB032D5B6C966785B3B1EDDC750DC70A6875A335 | Beauty In Blue |
| 04/10/2017 07:38:00 | 126AD156C7726978939FE1A405FAE1CB5FB93A93 | Dangerous When Wet |
| 04/09/2017 23:31:31 | 34EE2C094ECBB4409656CF376CF45D83459DCDA4 | California Surf Fever |
| 01/31/2017 20:59:04 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 01/24/2017 23:13:56 | 64FEDA6D84983A3470C7FB2F17B7206DD91A0E80 | Introducing Kimmy |
| 01/21/2017 23:28:25 | 1305AF2893533555B290B3DC36AFE22AEEF38DB6 | Sex In The Summertime |
| 01/21/2017 23:18:09 | 834B04AAC1EA0F48CCAC54FEDE3CEDC5ABE4A6DB | Cum For A Ride |
| 10/21/2016 16:45:47 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 10/04/2016 18:12:53 | 91159D011C00DF4690D90B32DF33A48A26958CBF | Fine Fingerfucking |
| 10/04/2016 03:08:24 | 242FBF473D815423CD623BF4CB974EB015DB8C2A | Maddy Me Crazy |
| 10/04/2016 02:45:21 | 0C297BA090AE2DE1FA736344DCD428F2CAD0B4EC | Yours Forever |
| 02/11/2016 03:54:14 | A34F9FDB55EE1792F628FD7C458B60718C4EF7DA | A Beautiful Place |
| 11/07/2015 19:29:49 | 44F8AA742D98D7A6233FB208855549C53F3C1084 | Good Night Kiss |
| 04/11/2015 06:37:20 | 0E0E4507D77E4C2F8D8F4E59BCCD99B0CFBF2788 | Little Play Thing |
| 03/17/2015 07:27:35 | E1D494AE35149744C3812C2CBA36540E40CEE7E1 | Midnight Passion |
| 03/17/2015 07:11:29 | 7825D161088332F8B7D8932616577FEDEFBBC9FC | Three Way is the Best Way |

EXHIBIT A

**Total Statutory Claims Against Defendant: 22**

EXHIBIT A

EPA719